IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ABDULLAH WILLIAMSON,

  Petitioner,

   v.

CARL HUMPHREY WARDEN,

  Respondent.

CIVIL ACTION FILE
NO. 1:11-CV-2668-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending denying the Petition. As set forth in the Report and Recommendation, there was sufficient evidence to support the guilty verdicts. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Petition is DENIED and no Certificate of Appealability will be issued.

SO ORDERED, this 2 day of January, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge